IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOR WEBSTER,

    Plaintiff,                    No. CIV S-06-0740 GEB CMK

    vs.

ROD HICKMAN, et al.,

    Defendants.                <u>FINDINGS & RECOMMENDATIONS</u>

         Plaintiff, a state prisoner, is proceeding pro se and in forma pauperis brings this action pursuant to 42 U.S.C. § 1983.  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(c)(17).

         By order filed May 9, 2006, the court issued an order dismissing plaintiff's Fourteenth Amendment claims against all defendants and  plaintiff's Eighth Amendment claims against defendant Woodford and directed plaintiff to file an amended complaint within thirty days.[1]  Plaintiff has not filed an amended complaint.

         In the May 9, 2006 order, the court informed plaintiff of the deficiencies in his Fourteenth Amendment claim against all defendants and in his Eighth Amendment claim against

---

[1] The court found that plaintiff did state a colorable Eighth Amendment Claim against defendants Edwards, Hickman, Kernan and Kidney and Medical Personnel.

1

defendant Woodford.  The court dismissed the Fourteenth Amendment claim against all defendants and the Eighth Amendment claim against defendant Woodford on the grounds that plaintiff had failed to state a claim up on which relief could be granted.  Because plaintiff has not filed an amended complaint, the court recommends dismissal of the aforementioned claims made in the original complaint for failure to state a claim upon which the court could grant relief. See Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Based on the foregoing, IT IS RECOMMENDED that:

1. Plaintiff's Fourteenth Amendment claims be dismissed against defendants Rod Hickman, Jeanne Woodford, Scott Kernan, K. Edwards, J. Kidney and Medical Personnel for failure to state a claim upon which relief can be granted; and

2. Plaintiff's Eighth Amendment claim against defendant Jeanne Woodford be dismissed for failure to state a claim upon which relief can be granted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:   June 21, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE