IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOR WEBSTER,

    Plaintiff,                   No. CIV S-06-0740 GEB CMK P

    vs.

ROD HICKMAN, et al.,

    Defendants.          <u>ORDER</u>

                               /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 22, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed June 22, 2006, are adopted in full;

2. Plaintiff's Fourteenth Amendment claims are dismissed against defendants Rod Hickman, Jeanne Woodford, Scott Kernan, K. Edwards, J. Kidney and Medical Personnel for failure to state a claim upon which relief can be granted; and

3. Plaintiff's Eighth Amendment claim against defendant Jeanne Woodford is dismissed for failure to state a claim upon which relief can be granted.

Dated:  August 17, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

/webs 06cv0740.800