IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOR WEBSTER,

    Plaintiff,                     No. CIV S-06-0740 GEB CMK P

    vs.

ROD HICKMAN, et al.,

    Defendants.

_____/    ORDER

        Plaintiff is a state prisoner proceeding without counsel with this civil rights action. By order filed May 9, 2006, the court found that plaintiff's complaint stated a cognizable Eighth Amendment claim against defendants Edward, Hickman, Kernan, Kidney and Medical Personnel; however, the court found that the complaint failed to state a claim against defendant Woodford and failed to state a Fourteenth Amendment claim against defendants Nickman, Kernan, Edwards, or Kidney. The court granted plaintiff thirty days to amend his complaint. After plaintiff failed to amend his complaint, the court filed findings and recommendations recommending that the claims against defendant Woodford be dismissed and the Fourteenth Amendment claims against defendants Nickman, Kernan, Edwards, or Kidney. On August 18, 2006, the court adopted the findings and recommendations.

///

1         The court finds that plaintiff's complaint states a cognizable claim for relief
2 against defendants Edward, Hickman, Kernan, and Kidney pursuant to 42 U.S.C. § 1983 and 28
3 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable
4 opportunity to prevail on the merits of this action. Plaintiff will be directed to provide forms and
5 copies required for service of these defendants.

6         Plaintiff's complaint identifies defendants "Medical Personnel(s) or Medical
7 Doctors (s)."  The court cannot order service of process on fictitious defendants.  Upon
8 discovering the name of the "Doe" defendants, or any of them, plaintiff must promptly file a
9 motion for leave to amend, accompanied by a proposed amended complaint identifying the
10 additional defendant or defendants.  Plaintiff is cautioned that undue delay in discovering
11 defendants' names and seeking leave to amend may result in the denial of leave to proceed
12 against these defendants.

13         In accordance with the above, IT IS HEREBY ORDERED that:

14         1. Service is appropriate for the following defendants: Edward, Hickman, Kernan,
15 and Kidney

16         2. The Clerk of the Court shall send plaintiff four USM-285 forms, one
17 summons, an instruction sheet and a copy of the complaint filed April 5, 2006.

18         3. Within thirty days from the date of this order, plaintiff shall complete the
19 attached Notice of Submission of Documents and submit the following documents to the court:

20           a. The completed Notice of Submission of Documents;
21           b. One completed summons;
22           c. One completed USM-285 form for each defendant listed in number 3
23           above; and
24           d. Five copies of the endorsed complaint filed April 5, 2006.

25         4. Plaintiff need not attempt service on defendants and need not request waiver of
26 service.  Upon receipt of the above-described documents, the court will direct the United States

Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

      5. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

DATED: September 21, 2006.

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. |  |
|  | <u>NOTICE OF SUBMISSION</u> |
| Defendants. | <u>OF DOCUMENTS</u> |
| _____ / |  |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____  completed summons form

    _____  completed USM-285 forms

    _____  copies of the _____
                            Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff