IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOR WEBSTER,

    Plaintiff,                    No. CIV S-06-0740 GEB CMK P

    vs.

ROD HICKMAN, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On July 9, 2007, plaintiff filed a motion for leave to file an amended complaint, an amended complaint and an application to proceed in forma pauperis.  Petitioner's complaint in this civil rights case was dismissed without leave to amend, but without prejudice, on January 26, 2007 (Doc. 20).  This case is now closed.  Plaintiff is advised that documents filed by plaintiff in this case since the closing date will be disregarded and no orders will issue in response to future filings.

DATED:  August 14, 2007.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE